Arthur A. Hartinger, SBN: 121521
MEYERS, NAVE, RIBACK, SILVER & WILSON
Gateway Plaza
777 Davis Street, Suite 300
San Leandro, California 94577
(510) 351-4300

Attorneys for Defendant
CITY OF FAIRFIELD

**FILED**

NOV 1 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

**LODGED**

OCT 1 8 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Al Bagos, Paul Bockrath, Ralph Brown, Robert Bunting, Joshua Cohen, John Cooper, Casey Coppock, Freddie Diaz, Carol Edmonds, Mark Ford, Steve Garcia, Dale Golez, Timothy Grace, Ross Hawkins, Barry Hom, Michael Johnston, Fred Jones, Martin Kauffman, Rick Leonardini, Robert Matias, Cleo Mayoral, Frank Mihelich, Michael Mitchell, Michael Mize, Darrin Moody, Robert Moore III, Joel Orr, Jeff Osgood, Ton Pham, David Price, Daniel C. Pucher, Joe Quinn, Harold Sagan, Mark Schraer, David Walsh, Brad Wold,

Plaintiffs,

v.

City of Fairfield

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: S-99-1603 MLS GGH

**SUBSTITUTION OF ATTORNEY**

Defendant CITY OF FAIRFIELD hereby substitutes the law firm of MEYERS, NAVE, RIBACK, SILVER AND WILSON, 777 Davis Street, Suite 300, San Leandro, CA 94577 ((510) 351-4300) as its attorneys of record in this matter in place of LIEBERT, CASSIDY & FRIERSON, 49 Stevenson, Suite 1050, San Francisco, California 94105.

///

///

///

SUBSTITUTION OF ATTORNEY

I consent to the substitution.

Dated: October _8_, 1999.                    CITY OF FAIRFIELD

                                    By: _Barbara Dillon_
                                         Barbara Dillon
                                         Director of Human Resources


I consent to the substitution.


Dated: October _18_, 1999.                   LIEBERT CASSIDY

                                    BY: _Melanie M. Poturica_
                                         Melanie M. Poturica
                                         Managing Partner

I accept this substitution.


Dated: October _7_, 1999.                    MEYERS, NAVE, RIBACK, SILVER & WILSON

                                    BY: _Arthur A. Hartinger_
                                         Arthur A. Hartinger


J:\WPD\ATTY\AAH\Bagos_C-FF\Substitution.wpd

                                         IT IS SO ORDERED

Dated: November _1_ 1999.

---
SUBSTITUTION OF ATTORNEY

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Meyers, Nave, Riback, Silver & Wilson, Gateway Plaza, 777 Davis Street, Suite 300, San Leandro, California 94577.

On October 18, 1999, I served the within:

**SUBSTITUTION OF ATTORNEY**

on the parties in this action, by placing a true copy thereof in a sealed envelope(s), each envelope addressed as follows:

Richard J. Chiurazzi
Mastagni, Holstedt & Chiurazzi
1912 I Street
Sacramento, CA 95814

(X)　　　　(By First Class Mail) I mailed such envelopes, with postage thereon fully prepaid, in the United States mail to be mailed by First Class mail at San Leandro, California.

()　　　　(By California Overnight or Federal Express) I caused each such envelope to be sent by California Overnight or Federal Express to the offices of each addressee below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 18, 1999, at San Leandro, California.

_____
Gwyneth K. Teninty

PROOF OF SERVICE

2
2

United States District Court
for the
Eastern District of California
November 3, 1999


\* \* CERTIFICATE OF SERVICE \* \*


2:99-cv-01603


Bagos

    v.

Fairfield City

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  November 3, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Richard J Chiurazzi              MP/MLS
Mastagni Holstedt and Chiurazzi
1912 I Street
Suite 102
Sacramento, CA   95814

Arthur A Hartinger
Meyers Nave Riback Silver and Wilson
777 Davis Street
Suite 300
San Leandro, CA   94577

Melanie M Poturica
Liebert, Cassidy and Frierson
49 Stevenson, Suite 1050
San Francisco, CA 94105


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk