United States District Court
for the
Eastern District of California
February 11, 2000


* * CERTIFICATE OF SERVICE * *


2:99-cv-01603


Bagos

   v.

Fairfield City

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  February 11, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.


Richard J Chiurazzi                                    MP/MLS
Mastagni Holstedt and Chiurazzi
1912 I Street
Suite 102
Sacramento, CA  95814

Arthur A Hartinger
Meyers Nave Riback Silver and Wilson
777 Davis Street
Suite 300
San Leandro, CA  94577



                                        Jack L. Wagner, Clerk

                                   BY: _____
                                        Deputy Clerk

Arthur A. Hartinger, SBN:
MEYERS, NAVE, RIBACK, SILVER & WILSON
Gateway Plaza
777 Davis Street, Suite 300
San Leandro, California 94577
(510) 351-4300

Attorneys for Defendant
CITY OF FAIRFIELD

**FILED**

FEB 1 1 2000

CLERK, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Bagos, Paul Bockrath, Ralph Brown, Robert Bunting, Joshua Cohen, John Cooper, Casey Coppock, Freddie Diaz, Carol Edmonds, Mark Ford, Steve Garcia, Dale Golez, Timothy Grace, Ross Hawkins, Barry Hom, Michael Johnston, Fred Jones, Martin Kauffman, Rick Leonardini, Robert Matias, Cleo Mayoral, Frank Mihelich, Michael Mitchell, Michael Mize, Darrin Moody, Robert Moore III, Joel Orr, Jeff Osgood, Ton Pham, David Price, Daniel C. Pucher, Joe Quinn, Harold Sagan, Mark Schraer, David Walsh, Brad Wold, <br><br> Plaintiffs, <br><br> v. <br><br> City of Fairfield <br><br> Defendant. | CASE NO: S-99-1603 MLS GGH <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

/////

/////

/////

/////

/////

*15*

REQUEST FOR DISMISSAL

The parties hereby stipulate, by and through their respective attorneys of record, that this action shall be dismissed with prejudice forthwith, with all parties to bear their own costs and all parties expressly waiving any attorneys' fees.

DATED:    February 1, 2000    MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
Arthur A. Hartinger
Attorneys for Defendant City of Fairfield

DATED:    2/7/2000    MASTAGNI, HOLSTEDT & CHIURAZZI

By _____
Richard J. Chiurazzi
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: __2/11/00__ .

_____
UNITED STATES DISTRICT COURT

---

REQUEST FOR DISMISSAL                2